IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TINA L. HAYNER
:
      Plaintiff,
:
    vs.                        Case No. 2:07cv1097
:
GREGORY L. FROST,             JUDGE WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE,  :
et al.,
:
      Defendants.

---

DECISION AND ENTRY OVERRULING PLAINTIFF'S MOTION FOR RECONSIDERATION/MOTION TO ALTER OR AMEND JUDGMENT (DOC. #20); MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #21) ADOPTED; PLAINTIFF'S OBJECTIONS THERETO (DOC. #22) OVERRULED; CAPTIONED CAUSE REMAINS TERMINATED

---

      Having reviewed the Memoranda submitted in support of the Plaintiff's Motion for Reconsideration/Motion to Alter or Amend Judgment (Doc. #20), and having reviewed said Memoranda in light of the entirety of this Court's file, the Plaintiff's Motion for Reconsideration/Motion to Alter or Amend Judgment is overruled, given that it raises no issues that have not been previously dealt with by judicial officers of this Court.

The Report and Recommendations of the United States Magistrate Judge (Doc. #21) are adopted, and the Plaintiff's Objections thereto (Doc. #22) are overruled.

The captioned cause remains terminated upon the docket records of this Court.

/s/ Walter Herbert Rice

January 5, 2009

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Tina L. Hayner, Pro Se